UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE CARTER, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 5:11-CV-464-H |
| ABSOLUTE COLLECTION SERVICE, | ) | |
| INC. | ) | |
|     Defendants. | ) | |

**Decision by Court.**
This case came before Senior Judge Malcolm J. Howard for consideration of the plaintiff's motion for default judgment and motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS plaintiff's motion for default judgment and plaintiff's motion for attorney fees and expenses. Judgment shall be entered in favor of plaintiff and against the defendant Absolute Collection Service Inc. in the amount of $26,892.50 and said sum representing $24,500.00 in statutory damages and $2,392.50 in attorney fees and costs incurred in this action.

This Judgment Filed and Entered on September 6, 2012, with service on:
Mitchel E. Luxenburg (via CM/ECF Notice of Electronic Filing)
Absolute Collection Service, Inc. (Last known address, via US Mail, 421 Fayetteville
        Street Mall, Suite 600, Raleigh, NC 27601)

                              JULIE A. RICHARDS, CLERK

                              /s/ Donna Rudd
                              (By): Donna Rudd, Deputy Clerk