**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | | |
|---|---|---|
| LAWRENCE CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:11-cv-464 |
| vs. | ) | |
| | ) | |
| ABSOLUTE COLLECTION SERVICE, INC., | ) | **SATISFACTION OF JUDGMENT** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, LAWRENCE CARTER, by and through his attorneys, and hereby advises the Court that the judgment entered on September 6, 2012, docket number 5:11-cv-464, has been satisfied.

    Respectfully submitted,

    /s/ Mitchel E. Luxenburg
    Mitchel E. Luxenburg (42021)
    Luxenburg & Levin, LLC
    Attorney for Plaintiff
    23875 Commerce Park
    Suite 105
    Beachwood, OH 44122
    (888) 493-0770, ext. 301 (phone)
    (866) 551-7791 (facsimile)
    Mitch@LuxenburgLevin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LAWRENCE CARTER, )
)
    Plaintiff, )
) No. 5:11-cv-464
vs. )
)
ABSOLUTE COLLECTION SERVICE, )
INC., )
)
    Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. And I hereby certify that I have mailed the document to the following non CM/ECF participants:

    Absolute Collection Services, Inc.
    421 Fayetteville Street Mall
    Suite 600
    Raleigh, NC 27601

    Respectfully submitted,

    /s/ Mitchel E. Luxenburg
    Mitchel E. Luxenburg
    Luxenburg & Levin, LLC
    Attorney for Plaintiff
    23875 Commerce Park
    Suite 105
    Beachwood, OH 44122
    (888) 493-0770, ext. 301 (phone)
    (866) 551-7791 (facsimile)
    Mitch@LuxenburgLevin.com
    State Bar No. 42021